UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FSC FRANCHISE CO., LLC.,

    Plaintiff,

v.                                       CASE NO: 8:09-cv-454-T-23TGW

EXPRESS CORPORATE APPAREL,
LLC, et al.,

    Defendants.
_____/

## O R D E R

The defendant Richard Donahue is deceased. Pursuant to Rule 25(a)(1), Federal Rules of Civil Procedure, the plaintiff moves (Doc. 15) to substitute Sean Donahue, the personal representative in the estate of the defendant Richard Donahue, as the defendant in this action. Although personally served with the motion on April 8, 2010, Sean Donahue fails to respond to the motion. Furthermore, the plaintiff states that counsel for the defendant Express Corporate Apparel, LLC, consents to the substitution of Sean Donahue. Accordingly, the plaintiff's unopposed motion (Doc. 56) is **GRANTED**. The Clerk is directed to terminate Richard Donahue as a party to this action and to add the defendant Sean Donahue as the personal representative of Richard Donahue. The plaintiff's request (Doc. 57) for oral argument is **DENIED AS MOOT**.

Although an individual may appear and defend an action pro se, an estate must be represented by counsel. See Rule 5.030, Florida Probate Rules. Accordingly, Sean

Donahue is directed to retain counsel, who must file a notice of appearance on or before **Friday, May 28, 2010**. Failure to retain counsel will result in entry of default and default judgment. The Clerk is directed to mail a copy of this order to the defendant Sean Donahue at 1633 El Pardo Drive, Trinity, Florida 34655.

ORDERED in Tampa, Florida, on April 30, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE